**TRANSCRIPTION**

Title: Exhibit C-1 - SAPD22137339_00147692_TREVINO__JOSUE__1462__a

Date: June 27, 2022

Speakers:
[REDACTED]
Officer 1
Officer 2
Officer 3

Transcribed by: Carmen Espino/Alex Bonnet

Reviewed by: Alex Bonnet

Key: [I/I]/[U/I] Ininteligible/Unintelligible
//Voces entrecruzadas/Voices Overlap
[F]/[PH] = Fonético/Phonetic

| SPEAKERS: | [TRANSCRIPT] | [TRANSLATION] |
|---|---|---|
| Officer 1: | Todavia no, todavia no. | Not yet, not yet. |
| [REDACTED]: | Oh. | Oh. |
| Officer 1: | Oye, ¿Qué es su primer nombre? | Hey, what's your first name? |
| [REDACTED]: | Carlos. | [REDACTED]s. |
| Officer 1: | ¿Carlos qué? | [REDACTED] what? |
| [REDACTED]: | //[I/I] ¿el bato el, ese que estaba ahí, ¿por qué no se ha ido? | //[U/I] the guy, the one who was there, why hasn't he left? |
| Officer 1: | ¿Mande? | What? |
| [REDACTED]: | Ahí estaba una troca. ¿O es de ustedes? | There was a truck there. Or was that yours? |
| Officer 1: | ¿Una troca de atrás? | A truck back there? |
| [REDACTED]: | // La, la… No, no la que regresaron, la que [I/I]. | //The, the… No, not the one they returned, the one that [U/I]. |
| Officer 1: | Una…Troca de... Sí, disculpe. Una troca como…¿una Dodge? | A… truck… Yes, excuse me. A truck like… a Dodge? |
| [REDACTED]: | Sí, la que estaba ahí. | Yes, the one that was there. |
| Officer 1: | Según que uno es el dueño, ¿no? | Supposedly the one who's the owner, right? |
| [REDACTED]: | No, no, no, no. Sí, pero ya venía y lo regresaron. | No, no, no, no. Yes, but it was already coming and they returned it. |
| Officer 1: | Oh sí, el muchacho y la señora. | Oh, yes, the guy and the lady. |
| [REDACTED]: | No sé si era un [I/I] No, no, no. Pero en la troca gris, la de… | I don't know if it was a [U/I]. No, no, no. But in the gray truck, the… |
| Officer 1: | No, eso sí yo no vi yo. | Now I didn't see that one. |
| [REDACTED]s: | Porque, ahí esta parqueado, estaba parqueado. | Because it was parked, it was parked. |
| Officer 1: | Parece que ya pescaron al señor. | It looks like the man was caught already. |
| [REDACTED]: | //¿Ya lo pescaron? Ah… qué bueno. | //They caught him already? Oh… that's good. |
| Officer 1: | Sí. | Yes. |
| [REDACTED]: | Sí, porque como el bato iba hablando por teléfono. Yo lo… a 'onde… a 'onde salió iba hablando por teléfono. | Yes, because like the guy was talking on the phone. I… where… where he went out, he was talking on the phone. |
| Officer 1: | //[I/I] | //[U/I] |
| [REDACTED]: | Ya. | Yeah. |
| Officer 1: | Oye, ¿como cuánto tiene la troca ahí, que se… que usted se acuerda? | Hey, about how long was the truck there that… that you can remember? |
| [REDACTED]: | Nosotros llegamos, ¿qué? Tiempo, una media hora. | We got here when? About a half hour. |
| Officer 1: | //¿Una media hora nomás tiene? | //You've only been here a half hour? |
| [REDACTED]: | // Una, una... Sí, como una media hora. | //A, a… yes, about a half hour. |
| Officer 1: | Ahorita son las seis veintiocho (6:28). | It's six, twenty-eight (6:28) right now. |
| [REDACTED]: | No, ya… Ya creo que una hora. | No, I mean… I think it's been an hour. |
| Officer 1: | Como a las cinco y media (5:30). | Lilke around five thirty (5:30). |
| [REDACTED]: | De hecho, tengo una llamada perdida [I/I] | In fact, I have a missed call [U/I] |
| Officer 1: | Carlos, ¿Cómo se apellida? | [REDACTED], what's your last name? |
| [REDACTED]: | Méndez. No, sí, sí, ya tiene como una hora. | [REDACTED]. Well yes, yes, it's been about an hour. |
| Officer 1: | ¿Y la fecha de nacimiento, oiga? | And your date of birth, man? |
| [REDACTED]: | De ochenta y ocho (88). | [REDACTED] |
| Officer 1: | Um-hmm. | Mm-hm. |

| | | |
|---|---|---|
| [REDACTED]: | El diez (10). | [REDACTED] |
| Officer 1: | El diez (10). | |
| [REDACTED]: | Del cero cinco (05), del diez de mayo de…O sea… Primero es… | Of O, [REDACTED] [REDACTED]… I mean… First is… |
| Officer 1: | //¿Cinco, diez, ochenta y ocho (5/10/88)? | //[REDACTED] |
| [REDACTED]: | Yeah. | Yeah. |
| Officer 1: | ¿Número de teléfono, oiga? | Your phone number, man? |
| [REDACTED]: | Dos, diez (210)… | ¿[REDACTED] |
| Officer 1: | //¿Dos diez (210)? | //[REDACTED]? |
| [REDACTED]: | …nueve catorce (914)… | …[REDACTED] |
| Officer 1: | ¿Nueve catorce (914)? | [REDACTED])? |
| [REDACTED]: | …cuarenta y cuatro… cuarenta y tres (43). | [REDACTED] |
| Officer 1: | Asi como me dijiste the last time, I got five thirty (5:30)… ¿Usted llegó… usted llegó a estas horas? | Like I told you the last time, I got five thirty (5:30)… You got here… you got here at that time? |
| [REDACTED]: | Sí, yo venía con el otro señor. El driver. | Yes, I was with the other man. The driver. |
| Officer 2: | //¿[I/I] the truck? | //[U/I] the truck? |
| Officer 1: | //Yeah! [U/I] first saw it. | //Yeah! [U/I] first saw it. |
| [REDACTED]: | // Teniamos… | //We had… |
| Officer 2: | //You work in the paving company? | //You work in the paving company? |
| [REDACTED]: | Yeah, ahi trabajamos. Y este… como no estaba la troca todavía, ya después. Ya después, cuando ya se andaba yendo. | Yeah, we work there. And uh… since the truck wasn't there yet, later. Later, when he was leaving. |
| Officer 2: | [U/I] | [U/I] |
| Officer 1: | Yeah, he's the one who saw the guy running. | Yeah, he's the one who saw the guy running. |
| Officer 2: | //¿Which way was he going? | //¿Which way was he going? |
| Officer 1: | //Going south. Oiga ¿pero con él se fue pa' acá o pa' allá? | //Going south. Listen, but did he go here or there with him? |
| [REDACTED]: | ¿Quién? | Who? |
| Officer 1: | El señor que de la troca. | The man with the truck. |
| [REDACTED]: | El, el que iba [I/I] o para allá. | The one, the one who was going [U/I] over there. |
| Officer 1: | Okay. ¿Iba así en el teléfono para hablarle a alguien? | Okay. He was on the phone talking to someone? |
| [REDACTED]: | Sí, porque ahí estaba… como que ahí estaba escondido y nosotros estábamos ahí, ayudándole a la muchacha y dándole agua… Y él salió corriendo. | Yes, because he was there… since he was there hiding and we were there, helping the woman and giving her water… And he ran off. |
| Officer 1: | ¿On' taba una muchacha, la que te salió antes? | Where was the woman, the one who came out before? |
| [REDACTED]: | //Sí. | //Yes. |
| Officer 2: | //[I/I] | //[U/I] |
| Officer 1: | //Ahí espera adentro. | //Wait inside. |
| | [AL FONDO: RADIO: (I/I)] | [BACKGROUND: RADIO: (U/I)] |
| Officer 3: | //[I/I] | //[U/I] |
| Officer 2: | //[I/I] | //[U/I] |
| | [AL FONDO: RADIO: (I/I)] | [BACKGROUND: RADIO: (U/I)] |
| [REDACTED]: | //Y ya iba hablando, iba con el teléfono en la mano el señor [I/I]. | //And he was on the phone, the man had his phone in hand [U/I]. |
| | [AL FONDO: RADIO: (I/I)] | [BACKGROUND: RADIO: (U/I)] |
| [REDACTED]: | Y ya fue todo lo que vi, ya, ya [I/I] no lo alcanzamos y ya…se nos perdió. | And that was all I saw, the, the [U/I] we couldn't reach him and… we lost him. |
| Officer 3: | //[I/I] | //[U/I] |
| Officer 1: | //[I/I] | //[U/I] |
| Officer 3: | //[I/I] | //[U/I] |
| | [AL FONDO: RADIO] | [BACKGROUND: RADIO] |
| Officer 1: | Bueno, nada más danos unos [Tartamudea] cuantos minutos más. ¿Está el aire prendido, verdad? | All right, just give us some [Stutters] a few more minutes. The A/C's on, right? |
| [REDACTED]: | Um, yeah. | Um, yeah. |
| Officer 1: | ¿Sí? | Yes? |
| [REDACTED]: | Sí. | Yes. |
| Officer 1: | Okay. | Okay. |
| | [FIN DE LA TRANSCRIPCIÓN] | [END OF TRANSCRIPTION] |
| | [FIN DEL AUDIO] | [END OF AUDIO] |