TRANSCRIPTION

Title:     Exhibit C-3 SAPD22137339_00104776_NELSON,_CHAD_S_(2072)

Date:      06/27/2022

Duration:  00:04:04

Unidentified Male 1 = [UM1]
Officer 1
Officer 2
Officer 3

Transcribed by:    Alex Bonnet/Carmen Espino

Reviewed by:       Alex Bonnet

Key:   [I/I]/[U/I] Ininteligible/Unintelligible
       //Voces entrecruzadas/Voices Overlap
       [F]/[PH] = Fonético/Phonetic

| SPEAKERS: | [TRANSCRIPT] | [TRANSLATION] |
|---|---|---|
| UM1: | [I/I] que la deja… hace que el bato, hace rato, cuando llegaron todos [I/I] había estado una troca… una, una… una, una troca gris que voltea… de cuatro (4) puertas. | [U/I] to let it… so the guy, a while ago, when they all arrived [U/I] a truck had been there… a, a… a, a gray truck turned around… a four (4) door. |
| Officer 1: | Sí. | Yes. |
| UM1: | Y el bato estaba allá… y yo nomás… bueno, yo estoy viniendo porque [I/I] como que… como que el bato luego hablaba por teléfono y dije yo: "A lo mejor vinieron a levantar". | And the guy was over there… and I just… well, I'm coming because [U/I] like… like the guy was then talking on the phone and I said, "They might be coming to pick him up." |
| Officer 1: | Sí. | Yes. |
| UM1: | Y luego [I/I] alguien para allá que ya viene para allá. Y la troca estaba hasta allá pa' 'onde, a 'onde están mis compañeros que estaban acá, pos dejaron… se regresaron y andábamos caminando y se regresaron pa' atrás. Y el bato de la troca esa, se vino pa' acá y se parqueó aquí donde sacaron al bato. Se parqueó ahí, y ahí, y ahí se quería venir más pa' acá y pos no le dieron paso y se regresó pero nomás volteando a ver. Y el bato no, no… le dieron un [I/I] pero, pero se regresó y se fue. Parece que se volvió a meter allá en el… | And then [U/I] someone over there who is already coming over there. And the truck was all the way over there, where my coworkers were, well they left… they returned and we were walking and they came back. And the guy with that truck, he came over here and parked over where they got the guy. He parked there, and there, and then he wanted to come closer up here and they wouldn't let him through and he returned but just turning around to look. And the guy didn't… they gave him [U/I] but, but he returned and he left. It looks like he went back to go into the… |
| Officer 1: | ¿La troca? | The truck? |
| UM1: | La troca. | The truck. |
| Officer 1: | Okey. Pero viste que se subió el chavo que [I/I]… | Okay. But did you see the guy get in who [U/I]… |
| UM1: | //No, no, no, no se subió. Como que yo pienso que a lo mejor él venía a levantar el carro. | //No, no, he didn't get in. Like I think he might have come to pick the car up. |
| Officer 1: | ¿Pero él traía atrás el… la troca traía algo atrás? | But the truck already had the… did the truck have something in the back? |
| UM1: | No, era... estaba destapada, pero decía este, la troca como que era de… una de F de cuatro (4) como, como… | No, it was… it was uncovered but let's say uh, the truck was a… a F of four (4) like, like… |
| | [AL FONDO: RADIO: (I/I)] | [BACKGROUND: RADIO: (U/I)] |
| UM1: | ...[I/I] | ...[U/I] |
| Officer 1: | ¿Como uno, cincuenta (150)? | Like a fifty (50)? |
| UM1: | No. Sí, tenía unas, unas letras… unas letras grandes. | No. Well it had some, some letters… some big letters. |
| Officer 1: | ¿Cómo letras escritas atrás? | Like letters written in the back? |
| UM1: | Sí. | Yes. |
| Officer 1: | //¿Como por el punto? | //Like for the point? |
| UM1: | //Era de cuatro (4), era de cuat… eh… la [Tartamudea] de la [I/I], de la troca… ahí decía las letras. | //It was a four (4) one, it was fou… uh… la [Stutters] of the [U/I], of the truck… that's where the letter were. |
| Officer 1: | Ey, ven pa' acá. | Yeah, come over here. |
| | [Pausa] | [Pause] |
| Officer 1: | Con esa troca acá. | With that truck over there. |
| UM1: | No, aquí fue donde…Aquí tenía unas letras… atrás. | No, it was here where… It had some letters here… on the back. |
| Officer 1: | He says it has letters on top. | He says it has letters on top. |

| Speaker | Spanish | English |
|---|---|---|
| UM1: | No sé si ahí, ahí estaba metida la troca. Y después le digo que se vino para acá, y se parqueó de ahí a 'onde sacaron a un bato… y de ahí, de ahí… ahí estaba. Ahí estaba. | I don't know if the, the truck was in there. And I'm telling you then, it came over here, and parked there where they got a guy out… and from there… it was there. It was there. |
| Officer 2: | He said it was a company truck or something? | He said it was a company truck or something? |
| Officer 1: | No, he said it had red like this. | No, he said it had red like this. |
| UM1: | //[I/I] Pero decía… | //[U/I] But it said… |
| Officer 1: | //Pero no es pur... | //But it's not just... |
| UM1: | //...pero primero era una F… Eh… | //…but the first one was an F… Uh… |
| Officer 1: | ¿F? Like the FX… | ¿F? Like the FX… |
| UM1: | //[I/I] R… como dicen como... | //[U/I] R... like they say like… |
| Officer 1: | ¿Pero no era de compañía o de negocio? | But it wasn't a company or business one? |
| Officer 2: | [I/I] | [U/I] |
| UM1: | //No, no, no… no. | //No, no. no… no. |
| Officer 3: | //[I/I] | //[U/I] |
| Officer 1: | //Como lo vi cuando [I/I] | //Like I saw when [U/I] |
| UM1: | //Ah, perece que era Ford. | //Ah, it looks like it was a Ford. |
| Officer 1: | Okay. So FX Custom… | Okay. So FX Custom… |
| UM1: | A aquel uh… | That one uh… |
| Officer 1: | Yeah, he said it had some kind of writing [U/I]. | Yeah, he said it had some kind of writing [U/I]. |
| Officer 2: | ¿Como un Raptor o cómo? | Like a Raptor or what? |
| UM1: | Sí. | Yes. |
|  | [AL FONDO: RADIO: (I/I)] | [BACKGROUND: RADIO: (U/I)] |
| UM1: | Pero... y sí, se me hizo raro porque el bato se vino a parquear ahí y ahí donde sacaron a la persona y yo pensé que digo sí es él ahorita lo va a subir. Y sí se parqueó el bato, así un rato… | But… and yes, it seemed strange to me because the guy came to park there and they got the person out there and I thought he was the one they were going to let in. And the guy parked there, for a while… |
| Officer 1: | //[I/I] | //[U/I] |
| UM1: | …nomás que esperando. | …just waiting. |
| Officer 3: | //[I/I] | //[U/I] |
| UM1: | Pero ya estaba yo así…Vi que lo regresaron de otro que ya [I/I] | But I was already like that… I saw they returned him from another one that [U/I] |
| Officer 1: | ¿Había tantas patrullas? | Were there a lot of patrols? |
| UM1: | Sí. [I/I] | Yes. [U/I] |
| Officer 1: | //[I/I] | //[U/I] |
| UM1: | Pero, parece que se ha metido allá. | But it looks like he got in there. |
| Officer 2: | [I/I] | [U/I] |
| Officer 1: | [I/I] | [U/I] |
| Officer 2: | [I/I] | [U/I] |
| Officer 1: | Okay. | Okay. |
| Officer 3: | You saw him [U/I] | You saw him [U/I] |
| UM1: | //[I/I] la cosa, lo [I/I] a ver con ustedes pero la troca de ahí se regresó, pues. | //[U/I] the thing, [U/I] to see with you all but the truck came back from there, then. |
| Officer 1: | ¿El chofer cómo se miraba? | What did the driver look like? |
| UM1: | Eh… blanco… Traía una… | Uh… White… He had a… |
| Officer 1: | ¿Mexicano o cómo [I/I] cómo…? | Mexican or what [U/I] how…? |
| UM1: | //No… Pos no sé, no pero sí era medio [I/I] | //No… Well I don't know, but he was like that somewhat [U/I] |
| Officer 1: | ¿Pero de ropa [I/I]? | But his clothing [U/I]? |
| UM1: | La ropa sí no. | His clothes no. |
| Officer 1: | ¿No? | No? |
|  | [AL FONDO: RADIO: (I/I)] | [BACKGROUND: RADIO: (U/I)] |
| UM1: | //Y volteaba a verlo... | //And I would turn to see him… |
| Officer 1: | //[I/I]... | //[U/I]... |
| UM1: | //...porque entraba la troca que estaba más para allá. Más abajo, todo. | //…because the truck was coming in that was more over there. More down below, everything. |
| Officer 1: | ¿Pero, pero como hispano, mexicano así? | But, but like Hispanic, Mexican, like that? |
| UM1: | Sí, pero [I/I] se me hizo bien raro. | Yes, but [U/I] it seemed very odd to me. |
| Officer 2: | Would he recognize him if he saw him? | Would he recognize him if he saw him? |
| Officer 1: | [U/I] he's saying it's impossible to [U/I] | [U/I] he's saying it's impossible to [U/I] |
| Officer 3: | If… no, no, no… but… | If… no, no, no… but… |
| Officer 2: | Hold on. | Hold on. |
| Officer 3: | If… | If… |
| Officer 1: | Oh, okay. | Oh, okay. |
| Officer 2: | [U/I] They're looking at him now uh… [U/I] | [U/I] They're looking at him now uh… [U/I] |
| Officer 1: | Okay. | Okay. |
| Officer 3: | Okay so… | Okay so… |

| Officer 1: | [U/I] Uh, I mean… I'm good so far but I'll [U/I] | [U/I] Uh, I mean… I'm good so far but I'll [U/I] |
|---|---|---|
| Officer 2: | Yeah, but we got their info. [U/I] | Yeah, but we got their info. [U/I] |
| Officer 3: | Hey Raul… if he saw him again, he'd recognize him? | Hey Raul… if he saw him again, he'd recognize him? |
| Officer 1: | Yeah, yeah, we're good to go. | Yeah, yeah, we're good to go. |
| Officer 3: | //Okay. | //Okay. |
| Officer 1: | Him and uh… Victor. | Him and uh… Victor. |
| Officer 3: | Tell him, 'cause I can't. | Tell him, 'cause I can't. |
| Officer 1: | ¿Ey? | Yeah? |
| Officer 2: | [U/I] we're going to downtown Baptist [U/I] from being out there so [U/I] | [U/I] we're going to downtown Baptist [U/I] from being out there so [U/I] |
| | [(U/I) CONVERSATION] | [(U/I) CONVERSATION] |
| | [END OF AUDIO RECORDING] | [END OF AUDIO RECORDING] |