**TRANSCRIPTION**

Title:      Exhibit C-6 - SAPD22137339_00146121_VILLAFRANCO__ALEJANDRO__1629_

Date:      June 27, 2022

Speakers:  Carlos Mendez = [Carlos]
           Witness 1
           Witness 2
           Witness 3
           Witness 4
           Witness 5
           Officer 1
           Officer 2
           Officer 3

Transcribed by:      Carmen Espino/Alex Bonnet

Reviewed by:      Alex Bonnet

Key:      [I/I]/[U/I] Ininteligible/Unintelligible
          //Voces entrecruzadas/Voices Overlap
          [F]/[PH] = Fonético/Phonetic

| SPEAKERS: | [TRANSCRIPT] | [TRANSLATION] |
|---|---|---|
| Officer 1: | Oh, okay…Mi uh… Como… El supervisor. ¿Hablas inglés? | Oh, okay… My uh… Like… The supervisor. Do you speak English? |
| Witness 1: | Sí. | Yes. |
| Officer 1: | Okay. My super… My Sargeant is gonna go ask right now, he's gonna go ask our follow up unit. See if they're gonna allow y'all to bring the vehicles in. Y'all are just gonna bring em' in here to park 'em? | Okay. My super… My Sargeant is gonna go ask right now, he's gonna go ask our follow up unit. See if they're gonna allow y'all to bring the vehicles in. Y'all are just gonna bring em' in here to park 'em? |
| Witness 1: | Yeah, that's it. | Yeah, that's it. |
|  | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Witness 2: | I got to… I got to pull mine out. | I got to… I got to pull mine out. |
| Officer 1: | //Okay. | //Okay. |
| Witness 2: | The eighteen wheeler. | The eighteen wheeler. |
| Officer 1: | Oh, Ok. We'll see… | Oh, Ok. We'll see… |
| Witness 2: | //Because, I parked it at a different yard. | //Because, I parked it at a different yard. |
|  | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Carlos: | [I/I] De donde sacaron el bato [I/I] ahí se quedó parqueado. Y ya lo vi [I/I] levantarlo. [I/I] | [U/I] Where they got the guy out [U/I] he remained parked there. And I saw him [U/I] pick it up. [U/I] |
| Witness 3: | Yo les dije que sí era el pinche bato. Pero el pinche policía, no…. Yo me salí ahí en la puerta así, yo la tenía abierta y le dije… "A mí no me cierres la puerta". | I told them he was the fucking dude. But the fucking police didn't… I left there in the door like that, I had it open and I said… "Don't close the door." |
| Witness 2: | //Sí. | //Yes. |
| Carlos: | //A mí me la [I/I] | //They [U/I] |
| Witness 3: | [I/I] Yo la abrí y ya miré así y dije: "Ahí está el bato". "¿Tas seguro?" "Sí, ese es el bato que está ahí..." | [U/I] I opened it and I look like that and I said, "There's the guy." "Are you sure?" "Yes, that's the guy who was there…" |
| Carlos: | Y afuera me dicen: "¿Cómo sabes?" 'Ta corriendo a la mierda y hablando por teléfono… ¡qué raro! | And there they told me, "How do you know?" There's a bunch of shit being said and talking on the phone… how strange! |
| Officer 2: | Do you speak Spanish? | Do you speak Spanish? |
| Officer 1: | [U/I] | [U/I] |
| Officer 2: | So, who…who called uh, the initial call to come out here and check these guys out? | So, who…who called uh, the initial call to come out here and check these guys out? |
| Officer 1: | ¿Quién habló a la policía primero? | Who called the police first? |
| Witness 5: | Ah, Robert, pero… He's not here. | Ah, Rober, but… He's not here. |
| Officer 2: | Robert? | Robert? |
|  | [AL FONDO: RADIO] | [BACKGROUND: RADIO] |
| Officer 1: | Robert. | Robert. |
| Witness 5: | Y yo también les hablé. | I spoke with them, too. |

| | | |
|---|---|---|
| Officer 1: | ¿Tú los viste? | You saw them? |
| Witness 5: | Sí. | Yes. |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Officer 2: | //How long…How long was the truck parked out here before somebody noticed it? | //How long…How long was the truck parked out here before somebody noticed it? |
| Witness 5: | Maybe about four o' clock (4:00). | Maybe about four o' clock (4:00). |
| Officer 1: | ¿En la, en la tarde? Four (4:00) in the afternoon. | In the, in the afternoon. Four (4:00) in the afternoon. |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Officer 2: | Is there a lot of time for trucks to sit out like that or no? No? | Is there a lot of time for trucks to sit out like that or no? No? |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Witness 3: | [I/I] en la puerta y estaba tirado así. Nomás una chamaquita que yo te dije… dale agua. [I/I] el agua. | [U/I] at the door and he was laying out like that. Just a girl that I told you about… he gave her water. [U/I] water. |
| Officer 2: | //Thank you, sir. | //Thank you, sir. |
| Officer 1: | //[I/I] | //[U/I] |
| Witness 3: | //Y miramos el bato nosotros [I/I] | //And we saw the guy [U/I] |
| Carlos: | [I/I] | [U/I] |
| Officer 2: | //But, nobody saw him while he jumped the fence or nothing? | //But, nobody saw him while he jumped the fence or nothing? |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Officer 1: | Nobody… nobody lo veo… Nun… nunca la veo una… la, la gente… ¿Manejar? | Nobody… nobody, I don't see… Nev… you never see some… some, someone… Drive? |
| Witness 4 : | No. | No. |
| Officer 1: | ¿No? No la mirar…brincar [Tartamudea] el, el barra? | No? Not looking… jumping [Stutters] the, the bar? |
| Carlos: | //No. ¡Nomás el troque que decía… Oh, decía Flasher! Flasher, decía la troca. | //No. Just the truck that said… Oh, it said Flasher! The truck said Flasher. |
| Officer 1: | ¿Flasher? | Flasher? |
| Carlos : | //Flasher. | //Flasher. |
| Witness 3: | //Flasher. | //Flasher. |
| Officer 2: | //[I/I] | //[U/I] |
| Officer 1: | //Flasher de arriba? | //Flasher up there? |
| Officer 2: | //[I/I] | //[U/I] |
| Officer 1: | //[I/I] Un sign, que dice Flasher. | //[U/I] A sign that says Flasher. |
| Witness 3: | ¡Tú la mandaste para atrás, la troca esa! You send it back. | You sent that truck back! You send it back. |
| Officer 2: | //[I/I] ¿Yo? | //[U/I] Me? |
| Carlos: | Ahí taba esa troca [I/I] | The truck was there [U/I] |
| Officer 2: | //I don't send nobody back there! | //I don't send nobody back there! |
| Officer 1: | ¿Pero como policía? Or… | But as police? Or... |
| Witness 3: | Sí, porque… La, la troca estaba así y tú le dijiste… "Go back, go back!" | Yes, because… The, the truck was like that and you said… "Go back, go back!" |
| Carlos: | //¡Ándale! Y cómo que se enojó. | //There you go! And he sure got mad. |
| Officer 2: | //Me? No! | //Me? No! |
| Carlos: | //Yo no vi quién, pero sí! La troca estaba escondida allá escondida primero… Y después, antes de… Cuando empezaron a buscar todos allá… El bato se… el bato se dio la vuelta. | //I didn't see who, but yes! The truck was all hidden first… And then, before… When they started looking for them all over there… The guy… the guy turned around. |
| Officer 2: | Yeah. | Yeah. |
| Carlos: | El bato se dio la vuelta. | The guy turned around. |
| Officer 1: | //But uh, the car, they, they say the car [U/I] to the drivers, ¿verdad? | //But uh, the car, they, they say the car [U/I] to the drivers, right? |
| Carlos: | //[I/I] | //[U/I] |
| Officer 2: | //[I/I] they turn around, they take off. | //[U/I] they turn around, they take off. |
| Carlos: | Todos andaban allá buscando y el bato como que ha debe haber dicho: "No ya no voy a poder salir". ¡Y se fue! | Everyone was over there looking and the guy, like he must have said, "No, I'm not going to be able to get out." And he left! |
| Officer 2: | Somebody's got it on their body camera…Or the [U/I] | Somebody's got it on their body camera…Or the [U/I] |
| Witness 3: | //[I/I] | //[U/I] |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Officer 1: | //[U/I] as soon as everybody turned around like jumped in and took off. | //[U/I] as soon as everybody turned around like jumped in and took off. |
| Officer 3: | //So you know, they asked me to go down there and [U/I] | //So you know, they asked me to go down there and [U/I] |

| | | |
|---|---|---|
| Officer 2: | Okay. That's cool. | Okay. That's cool. |
| Witness 2: | From what I hear from, from them talking… They got the guys, the driver. | From what I hear from, from them talking… They got the guys, the driver. |
| Officer 1: | They have the driver? | They have the driver? |
| Witness 2: | Yeah. | Yeah. |
| Officer 2: | //[I/I] I'm kind of hearing the same thing. | //[I/I] I'm kind of hearing the same thing. |
| | [AL FONDO: RADIO:] | [BACKGROUND: RADIO] |
| Officer 2: | //He's somewhere here somewhere, somebody's got a hold of him. | //He's somewhere here somewhere, somebody's got a hold of him. |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Officer 1: | //What are they saying? Uh… | //What are they saying? Uh… |
| Officer 2: | //I heard that when I talked to him the first time. | //I heard that when I talked to him the first time. |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| Witness 1: | ¿Y al mismo bato que ustedes corretearon… fue el que agarraron? | And the same guy that you all ran off… was he the one you all caught? |
| Witness 3: | Sí. ¡Es el que subieron a la ambulancia! | Yes. He's the one you all put in the ambulance! |
| Officer 1: | ¿A la ambulancia? | In the ambulance? |
| Witness 3: | Yeah! Es el que subieron a la ambulancia. | Yeah! The one you put in the ambulance. |
| Officer 2: | //Did they take a lot of them on the ambulance, like a lot of the people that where in there? | //Did they take a lot of them on the ambulance, like a lot of the people that where in there? |
| Officer 1: | // So, basically they took a lot… El persona, el chofer… ¿Tan solo, o son, son… tiene mucho adentro el, la ambulancia? | //So, basically they took a lot of… The person, the driver… Alone or are, are… has the ambulance been there a while? |
| Carlos: | // No, nomás él iba. | //No, he was just going. |
| Witness 3: | Y allá lo subieron en la ambulancia mira, allá de aquel lado. | And they put them in the ambulance there, over on that side. |
| | [AL FONDO: RADIO] | [BACKGROUND: RADIO] |
| | [AL FONDO: (I/I)] | [BACKGROUND: (U/I)] |
| | [MINUTO 0:04:50] | [MINUTE 0:04:50] |
| | [PARTE NO-PERTINENTE] | [NON-PERTINENT PART] |
| | [MINUTO: 0:15:40] | [MINUTE: 0:15:40] |
| Officer 1: | ¿Usted lo miró? | You saw him? |
| Officer 2: | Can I talk to you? | Can I talk to you? |
| Officer 1: | Okay. | Okay. |
| Officer 2: | I haven't talked to him yet but they were…One, two, three, four… they were talking about how the guy…El, el gente de… [Tartamudea] la troca. | I haven't talked to him yet but they were…One, two, three, four… they were talking about how the guy… The, the guy from… [Stutters] the truck. |
| Carlos: | Sí, el de la [I/I] | Yes, the one from the [U/I] |
| Officer 2: | //La troca de… ¿Qué es el ti… qué es el marco… la marca de troca? | //The truck of… What is the ki… what is the make… the make of the truck? |
| Carlos: | Eh, como… Decia Flasher! Pero… La troca, yo creo que era una Ford. | Uh, like… It said Flasher! But… the truck, I think it was a Ford. |
| Officer 1: | ¿Una Ford? [I/I] usted. | A Ford? [U/I] you. |
| Carlos: | //Pues, parece como una Ford. | //Well, it looks like a Ford. |
| Officer 1: | [I/I] usted. | [U/I] you. |
| Carlos: | Pues, el bato estaba ahí…Como que estaba hasta allá escondido… Despúes se movió para acá, de donde sacaron al bato, y luego si iba… Ahí hasta que… Cuando todos se, se subieron… a, a buscar a la persona esa. El, el bato se… se dio la vuelta y se fue. Y se me vi… como yo pense… Yo, yo… yo mi comentario fue… | Well, the guy was there… Like he was hiding there… Afterwards, he moved over here, from where they got the guy, and then he was going… there until… When everyone got, got in… to, to look for that person. The, the guy, he… he turned around and left. And I saw… like I thought… I, I… my comment was… |
| | [AL FONDO: OFFICER 2 (I/I)] | [BACKGROUND: OFFICER 2 (U/I)] |
| Carlos: | …mi comentario fue, es que… el bato iba hablando por teléfono [I/I] a lo mejor el bato iba a levantar a alguien [I/I] | …my comment was, it's just that… the guy was talking on the phone [U/I] maybe the guy was going to pick someone up [U/I] |
| Officer 1: | ¿Pero no levantó a nadie? | But he didn't pick anybody up? |
| Carlos: | No, no, ¡no! Cuando, cuando vio que todo, o sea… cuando vio que todo… había todos los policías allá, el bato [I/I] | No, no, no! When, when he say that everything, I mean… when he saw everything… there were police everywhere, the guy [U/I] |
| | [AL FONDO: OFFICER 2 (I/I)] | [BACKGROUND: OFFICER 2 (U/I)] |
| Carlos: | Pero, de ahí donde sacaron al bato… Ahí, ahí estaba parqueado. | But, from there where they got the guy…. He, he was parked over there. |
| Officer 1: | ¿Y no…agarró las placas usted? | And you… you didn't get his plates? |
| Carlos: | ¡No! Yo iba a tomar fotos, pero… ya no… o sea, no. Pero decía Flasher. | No! I was going to take pictures but… I couldn't… I mean no. But it said Flasher. |

| | [AL FONDO: OFFICER 3 (I/I)] | [BACKGROUND: OFFICER 3 (U/I)] |
|---|---|---|
| Witness 4 | La persona que agarraron ustedes ahí [I/I] la ambulancia… Se parecía… El que iba corriendo pa' allá. | The person you caught [U/I] the ambulance… He looked like… the one who was running over there. |
| Carlos: | ¡Él es! | That's him! |
| Officer 2: | Yes, Sir. I have… the gentlemen in the gray… I had the truck that took off. Uh, my other partner has his and I believe [I/I]… | Yes, Sir. I have… the gentlemen in the gray… I had the truck that took off. Uh, my other partner has his and I believe [I/I]… |
| Witness 2: | //Porque nomás era soltar [I/I] | //Because it was just to let go [U/I] |
| Carlos: | // [I/I] El de rayas, él era. | //[U/I] He was the one with the stripes. |
| Witness 4 | // [I/I] | //[U/I] |
| Officer 2: | // [I/I] Yes, Sir. | //[U/I] Yes, sir. |
| | [MINUTO 0:17:17] | [MINUTE 0:17:17] |
| | [FIN DE LA TRANSCRIPCIÓN] | [END OF TRANSCRIPTION] |
| | [FIN DEL AUDIO] | [END OF AUDIO] |