San Antonio Police Department

# Report # SAPD22137339 - Supplement - 56 Report

| REPORT DATE / TIME | EVENT START DATE / TIME – EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Jun 28, 2022 22:33 | Jun 28, 2022 00:00 – 00:00 | MATTHEW ROBLES #2384 |

**REPORT DESCRIPTION**
Supplement Information

**SUPPLEMENT TYPE**
Criminal Investigation

## NARRATIVE

I'm a San Antonio Police Detective assigned to the Covert Response Unit. On the listed date and time I was notified about a mass casualty event. I arrived driving an unmarked covert vehicle. I spoke with two separate witnesses in regards to the suspected driver of the eighteen wheeler. I obtained the suspects clothing description and relayed the eighteen wheeler license plate information to fellow covert Det. J. Rios. Det. J. Rios using his city laptop developed an potential suspect address. Witness described to me seeing a sliver ford pickup truck driving up the same road of the critical incident. Covert detectives arrived at the address and observed a silver ford pickup truck matching the description given. I stayed on scene and continued to coordinate with covert detectives and relaying information to command staff, and investigators on scene.

## INVOLVED ORGANIZATIONS

**INVOLVED ORGANIZATION-1 NAME**
O-1 City of San Antonio

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Criminal Justice | Law Enforcement |

**INVOLVEMENT TYPE**
Reporting Person

## INVOLVED LOCATIONS

**LOCATION**
9637 QUINTANA RD, at SW LOOP 410, SAN ANTONIO, TX 78211

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| MATTHEW ROBLES #2384   Jul 3, 2022 21:08 (e-signature) | CHARLES HILLER #3073   Jul 3, 2022 23:43 (e-signature) |
| PRINT NAME | PRINT NAME |
| MATTHEW ROBLES #2384 | CHARLES HILLER #3073 |